**CITY OF MIAMI BEACH, a municipal corporation of Florida, v. OLIVE WOFFORD, a widow, et al.**

25 So. (2nd) 5
January 29, 1946
Rehearing denied March 11, 1946.

January Term, 1946
En Banc

*Ben Shepard* and *Bertram R. Coleman,* for appellant.

*Evans, Mershon & Sawyer, E. F. P. Brigham, Kurtz, Reed, Sappenfield & Cooper,* and *J. N. Morris,* for appellees.

PER CURIAM:

Finding no reversible error, the decree appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.

BROWN, J., concurs specially.

BROWN, J., concurring specially:

I concur in this affirmance upon the authority of the opinion and decision of this court in the case of City of Miami Beach v. Miami Beach Improvement Co. 153 Fla. 107, 14 So. (2nd) 172.